# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161492(28)(29)(30)(32)(33)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

MIDWEST INSTITUTE OF HEALTH, PLLC,
doing business as GRAND HEALTH PARTNERS,
WELLSTON MEDICAL CENTER, PLLC,
PRIMARY HEALTH SERVICES, PC, and
JEFFERY GULICK,
       Plaintiffs,

v

GOVERNOR OF MICHIGAN, MICHIGAN
ATTORNEY GENERAL, and MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES DIRECTOR,
       Defendants.

SC: 161492
USDC-WD: 1:20-cv-414

_____/

On order of the Chief Justice, the motion to supplement the appendix of the Michigan Attorney General is GRANTED. The supplemental appendix submitted on August 25, 2020, is accepted for filing. Further, the motions for the temporary admission of out-of-state attorneys Steven A. Zalesin and Ryan J. Sheehan to appear and practice in this case under MCR 8.126(A) are GRANTED. Finally, the separate motions of (1) the Michigan Nurses Association, (2) the American Legislative Exchange Council, and (3) the Election Integrity Fund to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020



Clerk